(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

April A. Summers
_____
(Name of Plaintiff or Plaintiffs)

06 - 532

v.      CIVIL ACTION No. 0S060242 W/17CA500397

MBNA America / Bank of America
_____
(Name of Defendant or Defendants)

FILED
AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

no IFP

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at 6 Cutleaf Ct
   (Street Address)
   Newark    Newcastle    DE    19702
   (City)    (County)    (State)   (Zip Code)
   302 392 0126
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 1100 N King St
   (Street Address)
   Wilmington   Newcastle   DE   19884
   (City)       (County)    (State) (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's MBNA America / Bank of America place of bussiness
   (Defendant's Name)
   located at Deerfield site
   (Street Address)
   Newark    Newcastle    DE    19702
   (City)    (County)     (State) (Zip Code)

5. The alleged discriminatory acts occurred on __1__, __11__, __2003__.
   (Day) (Month) (Year)

6. The alleged discriminatory practice ◯ is ●̸ is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,
   __EEOC/FEPA/OshA__ __4425 Market ST__ __Wilmington__
   (Agency)      (Street Address)        (City)
   __Newcastle__ __DE__ __19702__ _____, regarding
   (County)   (State)   (Zip Code)
   defendant's alleged discriminatory conduct on _____, _____, _____.
                                                (Day)  (Month) (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: __06__, __06__, __2005__.
   (Day) (Month) (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __06__, __31__, __2006__.
   (Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:
    A. ◯ Failure to employ plaintiff.
    B. ●̸ Termination of plaintiff's employment.
    C. ●̸ Failure to promote plaintiff.
    D. ●̸ Other acts (please specify below)

Please see ATTAcHed DDOL "Charge of Discrimination" form, Also ATTAched letter to "United states Astric CouRT".

11. Defendant's conduct is discriminatory with respect to the following:
    A. ☒ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

**THEREFORE, Plaintiff prays as follows: (Check appropriate letter(s))**

A. ☐ That all fees, cost or security attendant to this litigation be hereby waived.
B. ☐ That the Court appoint legal counsel.
C. ☒ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 8/24/2006

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

July12, 2006

Dear United States District Court

Below I will identify several factors that may have lead to my allegations of harassment and discrimination.

Also stated below is a detailed description of my allegations and evidence can be provided at your request.

**17 years** of Mbna service

- A member of the "Protected Group"
- Date of Birth – April 1, 1964
- Military Veteran 1986-2000
- Race – African American
- Sex – Female
- Marital Status- Divorced
- Divorced Mother

**All disabilities are covered by ADA (American Disability Act).**
- PTSD, Major Depressive Disorder
- Generalized Anxiety Disorder that cause Neurological symptoms
- Agoraphobia
- Major Depression
- Fibromyalgia
- Diabetes

**Psychiatric evaluations alleged that stressor and hardships caused diagnosis of my disabilities from my employer. Below are a list of Psychiatrist and psychotherapists:**
- Dr. K McIntosh, M.D., P.A.
- Dr. H Finkelstein, Ph.D.
- Dr. P Desai
- Meadow Wood Behavioral Health
- S King - *Therapist*
- R Gillies- *Therapist*
- Dr. Javerd - Rheumatology

**I am described as disabled in part due to mental and physical impairments that substantially limit the major life activities such as:**
- Sleeping
- Eating
- Caring for herself
- Thinking, Concentrating
- Emotional Distress
- Socially Isolated

**Mbna America's Management, Personnel, EEO, FLMA, Health, and Safety Service departments** deliberately caused my disabilities, ignored conflicts, and failed to address my discrimination complaints. Base on their discriminatory and unlawful practices Mbna did not have a clear business justification to demote me to a lower level, eliminate my benefits, or terminate my employment. The Health and Safety Service and the Personnel

suggestion for reasonable accommodation. They also ignored my allegations of harassment, discrimination and permitted the behavior.

I am now 100% disable, several Psychologists and Therapists have treated me, and their assessments concluded that the stress and harassment from my employment with MBNA caused my disabilities.

My claim with Prudential Financial Insurance Company (long-term disability) claim was delayed for almost 1 year (**March 2005-December**) even though I invested in the benefit for 17 years. Undue financial hardship, mental trauma affected my children A. Summers and B. Bowen also lost their livelihoods.

---

**I can also provide you evidence of the following types of discriminations against me:**

- **The Age Discrimination in Employment Act (ADEA)**
- **Layoff decisions that are made based on age or that adversely affect employees who are age 40 or older. Therefore, when layoffs appear to target older employees, they often trigger age discrimination claims.
  For example, when subjective criteria such as poor performance and future potential are used to determine who should be laid off and older employees are affected, suspicions will naturally arise that age discrimination is the real motivating factor.**
- **In addition, reliance on a factor other than age, such as seniority, salary, or pension status, does not violate the ADEA merely because that factor is correlated with age. However, if you use one of these factors in an attempt to target older workers, the law can be violated. Older employees are affected due to subjective criteria such as poor performance and potential are used to determine who should be laid off, suspicions will naturally arise that age discrimination is the real motivating factor.**
  - The discrimination I received affected these criteria:
    - Poor performance evaluations
    - Targeting older workers (lay offs)
- **Americans with Disabilities Act (ADA) as amended**
  *Once employees have used up their 12-week FMLA allotment, they are no longer protected by the FMLA, and you may be able to take disciplinary action because of further absences. However, you still need to go further to determine whether the absences are protected by the ADA.*

  *The discrimination I received affected these criteria:*

  - Federal guidelines not in compliance
  - Allowing the individual to return to the same position
  - Demoted January 3, 2005, after returning to work from a previous surgery.
  - Undue financial hardship
  - Loss of possessions
  - Derogatory credit rating
  - Termination of employment
  - Termination of benefits
  - Disability-Based Harassment
  - Refused to identify my disability as ADA

- Denial of continued leave
- Refused reasonable accommodation
- Adverse treatment when protected family member was ill
- Personnel department \EEO failed to take effective action
- Improper requests
- Made repeated requests for medical documentation
- Subjected to a constant pattern of Harassment
  - Verbal
  - Written
- **Family Medical Act of 1993**
  - Federal guidelines not in compliance
  - Refused Investigate inconsistencies
  - Incorrect refresh date
- <u>Title VII of the Civil Rights Act of 1964 and Amendments</u>
**The Civil Rights Act of 1964 attempted to eliminate gender and race discrimination in the workplace. Title VII of the Act states that no employer may discriminate in hiring, firing, promoting, or giving raises or other benefits because of an employee's race, gender, color, religion, or national origin. The discrimination I received affected these criteria:**
  - *Race Discrimination*
    - Harassment that affected the term, condition, and privilege of employment
      - Verbal
      - Written
      - Email
    - Failure to promote
    - Unfair evaluation documentation
    - rowth potential
    - Held to a different standard
    - No promotion level increase and monetary benefits
    - Increase number of the "Unprotect Group" employees with less experience receiving awards and promotions
    - Performed duties and a role of Supervisor/Manager was never promoted
    - Unfair evaluation documentation
    - Hostile work environment
    - Diversity profiling
    - Increase of number of the protective group being demoted
    - Management semblance after the claim of discrimination to inflict additional harassment and retaliation.
    - Adverse Action/Treatment
    - Unlawful Termination
    - Refused to investigate these allegations and take corrective disciplinary action.
    - Mbna senior managers and EEO investigators failed to respond to my concerns
- <u>*Affirmative Action Allegation forced Mbna to comply to standard  (2000)*</u>
  - Increase number of promotions and outside hiring of the protected group
  - Promoted November 2000 – Assistant Manager
  - Decrease career advancement
  - "Protected Group" increase number of demotions
  - "Unprotected Group" increase promotion

*(The Reverend Jessie Jackson sited Mbna to comply with affirmative Action Allegation standard in June 2000. This forced Mbna to comply with the standard. The protective class was treated with disparate treatment. After this allegation, a majority of the protective class was ether promoted with in the company, or outside hiring, (I was promoted to Asst. Manager November 2000. I was denied a job promotion despite being qualified and the position was given to a less qualified non-protected employee. After Mbna felt, they complied with the standard, I and other received adverse treatment).*

---

- **OSHA**
    - **Increasingly, employees and their attorneys are including retaliation claims as part of their fundamental strategy in filing discrimination complaints.**
        - **According to the Equal Employment Opportunity Commission's (EEOC) enforcement and litigation statistics, retaliation claims against employers have increased noticeably over the past several years. In just 12 years, retaliation claims have doubled, from 11,096 claims filed in 1992 (representing 15.3% of the EEOC's total claims) to 22,740 in 2004 (28.6% of the total).**
    - **Retaliation Claim**
        - **Title VII of the Civil Rights Act prohibits discrimination against employees or applicants who have opposed any practice that is an unlawful employment practice under the statute, or who have made a charge, testified, assisted, or participated in an investigation, proceeding, or hearing under the statute. In addition, the Sarbanes-Oxley Act of 2002 protects employees of publicly traded companies from retaliation for complaining about or disclosing certain kinds of fraud by their employers.**
            - Because of the unjust and unlawful termination in August 2005, I filed a retaliation claim with OSHA (August 2005), but never received a response. The discrimination I received affected these criteria:
                - Firing or laying off
                - Blacklisting
                - Demoting
                - Denying overtime or promotion

- **ERISA**
    - **A common type of layoff discrimination claim is based upon "pretext". This situation arises when a reduction in force is not the real reason for termination, but merely a convenient excuse to eliminate certain employees. A court or jury will likely rule in favor of the employee if it determines false reasons were given and that the real reason for the layoff was discrimination.**
        - The discrimination I received affected these criteria:
            - Mbna/Bank of America improper level of contribution or other wrongful behavior interferes with benefits
            - No clear direction
            - Devastating overwhelming resulting in mass layoffs
            - Closing-related termination, intensive "down-sizing" impacting employee to lose their livelihoods.

Thank you in advance,

A Summers
Newark, DE 19702

EEOC Form 161 (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | April Summers<br>6 Cutleaf Court<br>Newark, DE 19702 | From: | Philadelphia District Office - 530<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2005-00397 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Marie M. Tomasso*

May 31, 2006

Enclosure(s)

Marie M. Tomasso,
District Director

(Date Mailed)

cc: MBNA AMERICA BANK
1100 N. King Street
Wilmington, DE 19884

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor** and **EEOC** (if applicable)

ENTER CHARGE NUMBER
☐ FEPA
☐ EEOC

| Field | Value |
|---|---|
| NAME | April Summers |
| HOME TELEPHONE NO. | (302) 392-0126 |
| STREET ADDRESS | 6 Cutleaf Court |
| CITY, STATE AND ZIP CODE | Newark DE 19702 |
| COUNTY | NCC |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| Field | Value |
|---|---|
| NAME | MBNA America Bank |
| NO. OF EMPLOYEES OR MEMBERS | 100+ |
| TELEPHONE NUMBER | (302) 453-9930 |
| STREET ADDRESS | 1100 North King Street |
| CITY, STATE AND ZIP CODE | Wilmington, DE 19884-0241 |

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☒ AGE
☐ RETALIATION ☒ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 1/2/2004
LATEST 4/18/2005
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

Jurisdiction: Charging Party worked for Respondent in Delaware since June 1988 most recently as a Fraud Control Senior Analyst

Charging Party's protected class: Race, Age, Disability

Adverse employment action: Harassment, Terms & Conditions

Brief statement of allegations: Charging Party alleges that Respondent was aware of her disability since 2001 and intentionally caused Charging Party to suffer the side effects of her disability when they continually harassed her and scrutinized her work on a daily basis. Charging Party alleges that she was treated less favorably and held to a higher standard than her white co-workers. Charging Party further states that Respondent intentionally harassed her in an effort to cause her problems with her disability because she is over 40 years old and she believes this was in an effort to eliminate her from the pool of employees being offered the buyout. In 2004, Charging Party was instructed to meet with her supervisor to review her work on a daily basis. Charging Party made a complaint about this harassment and Respondent then gave her a new supervisor who was intimidating and harassed her even more. Charging Party alleges that she took a medical leave of absence and returned to work in January 2005. Upon her return, Respondent eliminated her position and demoted her to another position. Repondent then placed her work station in an area which made for a very uncomfortable work enviroment where co-workers could see she had been demoted. Finally, when Charging Party returned in January 2005, she never received her 2004 yearly review which resulted in a loss of a salary increase. This hostile work environment had negative effects on Charging Party's disability and she again went out on medical leave in March 2005.

Respondent's explanation: None

Applicable law(s): Title VII of the Civil Rights Act of 1964 as ammended and the Americans with Disabilities Act, the Age Discrimination in Employment Act, the Delaware Discrimination in Employment Act and the Handicapped Persons Employment Protection Act

Comparator(s) or other specific reason(s) for alleging discrimination: Charging Party was forced to review her work with her supervisor on a daily basis while her white co-workers also under this managers supervision were not, these coworkers include Jim Barnes (Fraud Educator/W/M), Stacey Boshell (Operations Manager/F/W) and Chrissy Donato (Fraud Educator/W/F); Dot Higgins (Operations Analyst/W/F) was demoted from Manager to Analyst but was also moved from the overnight shift to the daytime shift therefore she did not have to interact with her previous subordinates; Dave Kerry (Systems Analyst/ W/M) was demoted from manager to analyst and was moved to another floor away from his previous subordinates

Additional information and verification of these facts are provided by the attached Verification.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

6/6/05

I swear or affirm that I have read the above charge and that it is true to the best of



06 - 532

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
APRIL Summers

**DEFENDANTS**
MBNA America / Bank of America

(b) County of Residence of First Listed Plaintiff: Newcastle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Newcastle
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED AUG 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(c) Attorney's (Firm Name, Address, and Telephone Number)
6 Cutleaf CT
Newark, DE 19702

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☒ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Employment Discrimination; Race, age and disability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 8/24/2006
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____