IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL A. SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-532 JJF |
| | ) |
| MBNA AMERICA/BANK OR AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this _11_ day of _September_, 2006, the court having received the complaint under Title VII of the Civil Rights Act of 1964 find that it did not include the filing fee;

IT IS ORDERED that:

The plaintiff shall, within twenty-one days from the date of this order, either: (1) complete an application to proceed without prepayment of fees under 28 U.S.C. § 1915, or (2) pay in full the $350.00 filing fee.

**Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
United States District Judge