IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL A. SUMMERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-532 JJF |
| | ) | |
| MBNA AMERICA/BANK OR AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 18 day of September, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $40,320.00 (D.I. 4).

2. The plaintiff shall pay the $350 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                                         United States District Judge