In the United States District Court
for the District of Delaware

April A. Summers
    Plaintiff

V.

MBNA America / Bank of America
    Defendant

Civil Action No. 06-532 JJF

Order for Reconsideration

Per Order dated the 18th day of September, 2006. I am asking the court to Reconsider its decission to Deny my Application to proceed without Prepayment. Due to my Benifits for medicaid has been denyed. I now have to pay for my Doctor's appt, medications, and Test out of pocket for myself and my child. Now my Expenses out weigh my Income.

10/5/06

Medicaid has Recently Denied the coverage for Myself and my Daughter. My Expenses will not allow me to pay the filing fees Required. Please see below for Details:

| Expenses | Amount |
|---|---|
| Gas/Electric | $350 |
| Food | $400 |
| Water | $22.00 |
| Telephone | $140.00 (or lesser) Including cell |
| Auto Insurance | $71.00 |
| Gas/maint | $60.00 |
| Doctor/Dentist | $300+ |
| Medication | $600+ |
| Personal care | $40-50 |
| Garbage Pickup | $20.00 |
| Mortgage/Ins/Taxes | $1081.00 |