IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APRIL A. SUMMERS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-532-JJF |
| MBNA AMERICA, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Plaintiff filed a civil rights action without prepayment of the filing fee;

WHEREAS, on September 18, 2006, the Court entered an Order denying leave to proceed in forma pauperis (D.I. 5);

WHEREAS, Plaintiff moved for reconsideration and the motion was denied (D.I. 7);

WHEREAS, on October 25, 2006, the Court ordered Plaintiff to pay the $350 filing fee within thirty (30) days from the date of the Order or the case would be dismissed;

WHEREAS, to date, payment has not been received from Plaintiff;

THEREFORE, at Wilmington this 13 day of December, 2006, IT IS HEREBY ORDERED that the Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE